```
 1  DIEMER & WEI, LLP
    KATHRYN S. DIEMER, #133977
 2  PAUL J. JOHNSON, #320642
    55 S. Market Street, Suite 1420
 3  San Jose, California   95113
    Telephone: (408) 971-6270 / Facsimile: (408) 971-6271
 4  kdiemer@diemerwei.com
    pjohnson@diemerwei.com
 5
    Attorney for Creditor Excedr, Inc.
 6
 7
                    UNITED STATES BANKRUPTCY COURT
 8                  NORTHERN DISTRICT OF CALIFORNIA
 9
10  In re:                              Case №: 22-30583
11  RubrYc Therapeutics, Inc.,          Chapter 11
12                                      STIPULATION FOR RELIEF FROM
                                        THE AUTOMATIC STAY RE
13              Debtors.                POSSESSION OF THE CARTERRA
                                        LSA ARRAY SPR INSTRUMENT
14                                      (CARTERRA QUOTE #200707-A564)
15
                                        Date:  November 4, 2022
16                                      Time:..10:30 a.m.
                                        Judge: Hon. Dennis Montali
17                                      Place: Remotely By Video or Telephonic
                                        Conference
18
19
20
21
22
23       This stipulation is entered into by and between Debtor RubrYc Therapeutics, Inc. ("Debtor"),
24  by and through counsel, on one hand, and Excedr, Inc. by and through counsel, on the other
25  (collectively "the Parties").
26                                  **RECITALS**
27       Whereas, Debtor in Possession leased a Carterra LSA Array SPR Instrument (Carterra Quote
28  #200707-A564) (the "Antibody Analyzer") from Excedr, Inc. pre-petition.
```

Whereas, the lease was terminated pre-petition.

Whereas, the Antibody Analyzer is located at the Debtor in Possession's offices at 733 Industrial Road San Carlos, CA 94070.

Whereas, the real property located at 733 Industrial Road San Carlos, CA 94070 is managed by MBC Biolabs.

Whereas, the bankruptcy estate does not have any equity in the Antibody Analyzer and the Antibody Analyzer is not necessary for an effective reorganization.

Whereas, the Debtor Possession consents to entry of an order modifying the automatic stay to permit Excedr to recover possession of the Antibody Analyzer.

NOW THEREFORE, in light of the foregoing, the Parties agree and stipulate as follows:

**STIPULATION**

1. Pursuant to 11 U.S.C. § 362(d)(2), the automatic stay of 11 U.S.C. § 362(a) should be modified to permit Excedr to recover possession of the Antibody Analyzer located at the Debtor in Possession's offices.

2. The Debtor in Possession will communicate in writing (and any other means necessary), no later than November 15, 2022, to MBC Biolabs, that Excedr, Inc. representatives and/or agents of Excedr, Inc., are permitted to enter the real property at 733 Industrial Road San Carlos, CA 94070 and take and remove the Antibody Analyzer .

///

///

///

2
Stipulation for Relief from Stay

Case: 22-30583    Doc# 26    Filed: 11/04/22    Entered: 11/04/22 08:43:46    Page 2 of 3

3. The Debtor in Possession will reasonably cooperate with Excedr in Excedr's recovery of possession of the Antibody Analyzer.

IT IS SO STIPULATED

Dated: November 4, 2022

Diemer & Wei, LLP

*/s/ Julia M. Wei*
Kathryn S. Diemer, Esq.

Attorney for Creditor Excedr, Inc.

Dated: November 4, 2022

DORSEY & WHITNEY LLP

*/s/ Matthew J. Olson*
MATTHEW J. OLSON
Attorneys for Debtor
RUBRYC THERAPEUTICS, INC.