**Fill in this information to identify the case:**

Debtor name: **RubrYc Therapeutics, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known): **22-30583**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
■ Amended Schedule    **A/B and E/F**
☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  December 6, 2022     X _/s/_

Signature of individual signing on behalf of debtor

**Isaac Bright, M.D.**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** (Identify all)

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Silicon Valley Bank | Checking | 1757 | $414,972.00 |

4. **Other cash equivalents** (Identify all)

5. **Total of Part 1.** | $414,972.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1. MBC Biolabs Security Deposit | $79,031.00 |
|---|---|
| 7.2. Explora Biolabs Security Deposit | $9,500.00 |

Debtor: **RubrYc Therapeutics, Inc.**  Case number (If known) **22-30583**

| | | |
|---|---|---:|
| 7.3. | **Excedr Secuirty Deposit - Anitbody Analyzer** | $50,127.00 |
| 7.4. | **Excedr Security Deposit**<br>**Flow Cytometer - $31,797**<br>**Single Cell Analyzer - $41,997**<br>**Lab Equipment - $6,207** | $79,821.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

| | | |
|---|---|---:|
| 8.1. | **CLSA Gold Standard Membership Renewal Period - 01/01/22 - 12/31/22** | $394.00 |
| 8.2. | **Global Data Publications, Inc.-Software Subscription (Maint/Support) - 08/13/21 - 08/12/22** | $4,792.00 |
| 8.3. | **AlphaSense Inc - Market Intelligence Service  Apr 2022 to Mar 2023** | $4,002.00 |
| 8.4. | **Woodruff Sawyer - Brokerage Fee May 2022 to Apr 2023** | $292.00 |
| 8.5. | **Woodruff Sawyer -  D&O Insurance  May 2022 to Apr 2023** | $9,747.00 |
| 8.6. | **CHUBB-Effective 05/01/2022 -05/01/23 Policy Revised Business Owners' policy #000D94796490 & 000D94796520** | $2,752.00 |
| 8.7. | **CHUBB-Effective 05/01/2022 -05/01/23 Policy Revised Business Owners' policy #000D94796490 & 000D94796520** | $6,538.00 |
| 8.8. | **SNAPGENE Software  May 2022 to Apr 2023** | $6,640.00 |
| 8.9. | **Carta Annual Subscription Oct 2022 to Sept 2023** | $17,100.00 |
| 8.10. | **CLSA Gold Standard Membership Renewal Period - 01.01.23 - 12.31.23** | $1,575.00 |
| 8.11. | **Woodruff Sawyer  3 year D&O run off policy Sept 2022 to Sept 2025** | $12,900.00 |

Debtor  **RubrYc Therapeutics, Inc.**        Case number *(If known)* **22-30583**
          Name

9. **Total of Part 2.**                                                                                        $285,211.00
   Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |

10. **Does the debtor have any accounts receivable?**

   ■ No. Go to Part 4.
   ☐ Yes Fill in the information below.

| Part 4: | **Investments** |

13. **Does the debtor own any investments?**

   ☐ No. Go to Part 5.
   ■ Yes Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock:<br>**102,354 Shares of iBio Inc. Common Stock (NYSEAMERICAN: IBIO)**<br>14.1. Valued at $2.03 per share (Market Close on 10/27/2022) | Market Price | $207,778.60 |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
    Name of entity:                                           % of ownership

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

17. **Total of Part 4.**                                                                                       $207,778.60
    Add lines 14 through 16. Copy the total to line 83.

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No. Go to Part 6.
   ☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No. Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No. Go to Part 8.
   ☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property                              page 3

Case: 22-30583    Doc# 45    Filed: 12/06/22    Entered: 12/06/22 18:56:22    Page 4 of 16

- ☐ No. Go to Part 9.
- ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>Antibody Analyzer Leased from Excedr, Inc. Possessory Interest Only | $0.00 | N/A | $0.00 |

51. **Total of Part 8.**              $0.00

    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    - ■ No
    - ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    - ■ No
    - ☐ Yes

### Part 9:    Real property

54. **Does the debtor own or lease any real property?**

    - ■ No. Go to Part 10.
    - ☐ Yes Fill in the information below.

### Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    - ■ No. Go to Part 11.
    - ☐ Yes Fill in the information below.

### Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    - ☐ No. Go to Part 12.
    - ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)** | |

| Debtor | RubrYc Therapeutics, Inc. | Case number (If known) 22-30583 |
|---|---|---|
| | Name | |

Description (for example, federal, state, local)

| Description | Tax year | Value |
|---|---|---|
| **2018-2021 Net Operating Losses - $24,411,086** | 2018-2021 | Unknown |
| **2022 Net Operating Loss - Unknown Amount, Returns Pending** | 2022 | Unknown |
| **Unutilized Research & Development Tax Credit - $166,566** | | Unknown |
| **California Net Operating Loss Carryforward [through 2021] $24,628,308** | 2021 | Unknown |
| **California General Business Credit Carryforward [through 2021] $590,159** | 2021 | Unknown |

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
    **iBio Inc. Earn Out Pursuant to Asset Sale Agreement Up to $5,000,000 in cash or iBio stock due within five years** — Unknown

    **Refunds Due:**
    **Charles River Laboratories  $7,800.00**
    **Explora BioLabs  $9,500.00**
    **MBC Biolabs 733, LLC  $167.43**
    **VSP VIsion Service Plan (CA)  $65.70** — $17,533.13

78. **Total of Part 11.** — $17,533.13
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor  **RubrYc Therapeutics, Inc.**          Case number *(If known)* **22-30583**
         Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $414,972.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $285,211.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $207,778.60 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $17,533.13 | |
| 91. **Total.** Add lines 80 through 90 for each column | $925,494.73 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92       $925,494.73

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **RubrYc Therapeutics, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF CALIFORNIA** |
| Case number (if known) | **22-30583** |

☒ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>Alex Taguchi<br>12637 El Camino Real<br>Unit #5106<br>San Diego, CA 92130<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Promissory Note**<br>Is the claim subject to offset? ☒ No ☐ Yes | $34,550.24 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>ATUM<br>37950 Central Court<br>Newark, CA 94560<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ☒ No ☐ Yes | $7,362.00 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>BioLegend Inc<br>P.O.Box 102100<br>Pasadena, CA 91189-2100<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ☒ No ☐ Yes | $2,726.72 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>Brian Smart<br>1525 Calle de Stuarda<br>San Jose, CA 95118<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Promissory Note**<br>Is the claim subject to offset? ☒ No ☐ Yes | $28,750.31 |

| | | | |
|---|---|---|---|
| Debtor | RubrYc Therapeutics, Inc.<br>Name | Case number (if known) | 22-30583 |

| | | | |
|---|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Cooley LLP**<br>**101 California Street**<br>**5th Floor**<br>**San Francisco, CA 94111** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $29,423.63 |
| | Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | Basis for the claim: **Legal Services**<br>Is the claim subject to offset? ■ No   ☐ Yes | |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Countsy, Inc.**<br>**444 Castro St.**<br>**Suite 1110**<br>**Mountain View, CA 94041** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,329.15 |
| | Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | Basis for the claim: **Back Office Services**<br>Is the claim subject to offset? ■ No   ☐ Yes | |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Dawn Bright**<br>**477 SW 1st St**<br>**Madras, OR 97741** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,770.38 |
| | Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | Basis for the claim: **Promissory Note**<br>Is the claim subject to offset? ■ No   ☐ Yes | |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**ELIM Biopharmaceuticals, Inc.**<br>**25495 Whitesell St**<br>**Hayward, CA 94545** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,890.25 |
| | Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No   ☐ Yes | |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**EMD Millipore Corporation**<br>**25760 Network Place**<br>**Chicago, IL 60673** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $586.77 |
| | Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No   ☐ Yes | |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Francis Harvey**<br>**116 Twin Oaks Drive**<br>**Los Gatos, CA 95032** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $14,098.19 |
| | Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | Basis for the claim: **Promissory Note**<br>Is the claim subject to offset? ■ No   ☐ Yes | |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**General Inception LLC**<br>**853 Alma Street, Palo Alto, CA 94301**<br>**Palo Alto, CA 94301** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $108,195.51 |
| | Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | Basis for the claim: **Promissory Note**<br>Is the claim subject to offset? ■ No   ☐ Yes | |

| Debtor | RubrYc Therapeutics, Inc. | Case number (if known) | 22-30583 |
|---|---|---|---|
| | Name | | |

### 3.12
**Nonpriority creditor's name and mailing address**
Harvey Family Trust
116 Twin Oaks Drive
Los Gatos, CA 95032

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

**$15,933.17**

---

### 3.13
**Nonpriority creditor's name and mailing address**
Hayan I, L.P.
136, Changgyeonggung-ro
Jongno-gu, Seoul 03127
REPUBLIC OF KOREA

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

**$1,706,253.31**

---

### 3.14
**Nonpriority creditor's name and mailing address**
HDMZ
55 W Wacker Dr.
Suite 850
Chicago, IL 60601

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$800.00**

---

### 3.15
**Nonpriority creditor's name and mailing address**
Integrated DNA Technologies, Inc.
PO Box 74007330
Chicago, IL 60674-7330

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,234.02**

---

### 3.16
**Nonpriority creditor's name and mailing address**
Isaac Bright
71 Nueva Ave
Redwood City, CA 94061

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

**$205,552.50**

---

### 3.17
**Nonpriority creditor's name and mailing address**
Jackson ImmunoResearch Laboratories,Inc
872 W.Baltimore Pike
West Grove, PA 19390

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$646.00**

---

### 3.18
**Nonpriority creditor's name and mailing address**
Jean-Frederic Viret
337 Thompson Avenue
Mountain View, CA 94043

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

**$19,172.81**

| | | |
|---|---|---|
| Debtor | **RubrYc Therapeutics, Inc.** | Case number (if known) **22-30583** |
| | Name | |

**3.19** **Nonpriority creditor's name and mailing address**
**Jeffrey S. Samberg Amended and Restated**
**77 Bedford Road**
**Katonah, NY 10536**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

$300,544.40

---

**3.20** **Nonpriority creditor's name and mailing address**
**John Shoffner**
**3200 Pride Rd**
**Louisville, TN 37777**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

$1,136,830.36

---

**3.21** **Nonpriority creditor's name and mailing address**
**Joseph D. Samberg Revocable Trust**
**77 Bedford Road**
**Katonah, NY 10536**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

$300,544.40

---

**3.22** **Nonpriority creditor's name and mailing address**
**Kevin Hauser**
**691 SE Harbor View Dr**
**Port Saint Lucie, FL 34983**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

$8,077.24

---

**3.23** **Nonpriority creditor's name and mailing address**
**LifeTein, LLC**
**Attn: Accounts Receivable**
**601 US Rt. 206, Suite 26-463**
**Hillsborough, NJ 08844**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$783.00

---

**3.24** **Nonpriority creditor's name and mailing address**
**Marie Molnar**
**71 Nueva Ave**
**Redwood City, CA 94061**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

$5,906.56

---

**3.25** **Nonpriority creditor's name and mailing address**
**Matthew Greving**
**3104 Camelback Rd #2363**
**Phoenix, AZ 85016**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

$28,754.92

---

| | | |
|---|---|---|
| Debtor | RubrYc Therapeutics, Inc.<br>Name | Case number (if known) 22-30583 |

| 3.26 | **Nonpriority creditor's name and mailing address**<br>New England Biolabs, Inc<br>P.O. Box 3933<br>Boston, MA 02241-3933<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Debt<br>Is the claim subject to offset? ■ No ☐ Yes | $522.81 |
|---|---|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address**<br>Paladin III (CA), L.P.<br>2020 K Street, NW<br>Suite 400<br>Washington, DC 20006<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Promissory Note<br>Is the claim subject to offset? ■ No ☐ Yes | $224,808.73 |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>Paladin III (Cayman Islands), L.P.<br>2020 K Street, NW<br>Suite 400<br>Washington, DC 20006<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Promissory Note<br>Is the claim subject to offset? ■ No ☐ Yes | $452,620.72 |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>Paladin III (HR), L.P.<br>2020 K Street, NW<br>Suite 400<br>Washington, DC 20006<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Promissory Note<br>Is the claim subject to offset? ■ No ☐ Yes | $224,808.73 |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>Paladin III (NY City), L.P.<br>2020 K Street, NW<br>Suite 400<br>Washington, DC 20006<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Promissory Note<br>Is the claim subject to offset? ■ No ☐ Yes | $659,028.37 |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>Paladin III Co-Investment, LLC<br>2020 K Street, NW<br>Suite 400<br>Washington, DC 20006<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Promissory Note<br>Is the claim subject to offset? ■ No ☐ Yes | $107,374.73 |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>Paladin III, L.P.<br>2020 K Street, NW<br>Suite 400<br>Washington, DC 20006<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Promissory Note<br>Is the claim subject to offset? ■ No ☐ Yes | $780,846.24 |

| Debtor | RubrYc Therapeutics, Inc. | Case number (if known) | 22-30583 |
|---|---|---|---|
| | Name | | |

### 3.33
**Nonpriority creditor's name and mailing address**
**Ramesh Baliga**
**2237 Hopkins Ave**
**Redwood City, CA 94062**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

$34,616.73

### 3.34
**Nonpriority creditor's name and mailing address**
**Sarah Williams**
**5708 SE 124th St**
**Portland, OR 97236**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

$5,770.38

### 3.35
**Nonpriority creditor's name and mailing address**
**Silicon Valley Bank**
**3003 Tasman Drive**
**Santa Clara, CA 95054**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Credit Card Charges**

Is the claim subject to offset? ■ No ☐ Yes

$7,029.63

### 3.36
**Nonpriority creditor's name and mailing address**
**Takara Bio USA, Inc.**
**P.O. Box 45794**
**San Francisco, CA 94145-0794**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$5,129.71

### 3.37
**Nonpriority creditor's name and mailing address**
**The Colston Family Trust**
**125 El Dorado Ave.**
**Danville, CA 94526**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

$77,630.06

### 3.38
**Nonpriority creditor's name and mailing address**
**Thermo Fisher Scientific**
**168 Third Avenue**
**Waltham, MA 02451**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$16,726.15

### 3.39
**Nonpriority creditor's name and mailing address**
**Third Point Ventures LLC**
**390 Park Avenue**
**19th Floor**
**New York, NY 10022**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

$9,462,323.96

| Debtor | **RubrYc Therapeutics, Inc.** | Case number (if known) | **22-30583** |
|---|---|---|---|
| | Name | | |

| 3.40 | **Nonpriority creditor's name and mailing address**<br>**Vital HealthTell Investors, LLC**<br>**One Overlook Point**<br>**Suite 100**<br>**Lincolnshire, IL 60069** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,946,123.62** |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Promissory Note** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address**<br>**VWR International LLC**<br>**PO Box 640169**<br>**Pittsburgh, PA 15264-0169** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,887.24** |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address**<br>**World Courier Inc**<br>**P.O. Box 842325**<br>**Boston, MA 02284** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,028.60** |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | | **Total of claim amounts** |
|---|---|---|---|---|
| **5a. Total claims from Part 1** | | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | | 5b. + | $ | 17,982,992.25 |
| **5c. Total of Parts 1 and 2**<br>   Lines 5a + 5b = 5c. | | 5c. | $ | 17,982,992.25 |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

**RubrYc Therapeutics, Inc.**

Case No. **22-30583**

_____ Debtor(s). _____ /

**CREDITOR MATRIX COVER SHEET - AMENDED**

    I declare that the attached Creditor Mailing Matrix, consisting of __1__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **December 6, 2022**

/s/ Matthew J. Olson
_____
Signature of Debtor's Attorney or Pro Per Debtor

ATUM
37950 Central Court
Newark, CA 94560

Integrated DNA Technologies, Inc.
PO Box 74007330
Chicago, IL 60674-7330

LifeTein, LLC
Attn: Accounts Receivable
601 US Rt. 206, Suite 26-463
Hillsborough, NJ 08844

Silicon Valley Bank
3003 Tasman Drive
Santa Clara, CA 95054

Thermo Fisher Scientific
168 Third Avenue
Waltham, MA 02451

VWR International LLC
PO Box 640169
Pittsburgh, PA 15264-0169